# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Tyhesha Marie Slater-Evans      CHAPTER 13

<u>Debtor(s)</u>

BKY. NO. 22-13448 PMM

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of Rocket Mortgage, LLC f/k/a Quicken Loans, LLC and index same on the master mailing list.

Respectfully submitted,

/s/ *Michael Farrington*

Michael Farrington
06 Jan 2023, 11:33:37, EST

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322