United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Tyhesha Marie Slater-Evans  
    Debtor

Case No. 22-13448-pmm  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4      User: admin      Page 1 of 3  
Date Rcvd: May 18, 2023      Form ID: 155      Total Noticed: 30

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 20, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Tyhesha Marie Slater-Evans, 1139 Blair Road, Bethlehem, PA 18017-3073 |
| 14745604 | + | Lightstream, PO Box 849, Wilson, NC 27894-0849 |
| 14746793 | + | Rocket Mortgage, LLC, C/O Michael Farrington, Esq., KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14745606 | + | Ronald Evans, 1139 Blair Rd, Bethlehem, PA 18017-3073 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14745598 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 19 2023 00:05:52 | CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 14745596 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 19 2023 00:06:20 | Cap1/WMT, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 14745597 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 19 2023 00:06:25 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 14755117 | + | Email/PDF: ebn_ais@aisinfo.com | May 19 2023 00:04:45 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14745599 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 19 2023 00:17:22 | Citi Cards, PO Box 6241, Sioux Falls, SD 57117-6241 |
| 14745600 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 18 2023 23:54:00 | ComenityBank/Playstation, PO Box 182789, Columbus, OH 43218-2789 |
| 14745601 | + | Email/PDF: creditonebknotifications@resurgent.com | May 19 2023 00:05:37 | Credit One Bank, PO Box 98875, Las Vegas, NV 89193-8875 |
| 14745602 | + | Email/Text: mrdiscen@discover.com | May 18 2023 23:54:00 | Discover Bank, PO Box 30939, Salt Lake City, UT 84130-0939 |
| 14747103 | | Email/Text: mrdiscen@discover.com | May 18 2023 23:54:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14745603 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | May 18 2023 23:55:00 | FED Destinys, PO Box 4499, Beaverton, OR 97076-4499 |
| 14763511 | | Email/Text: JCAP_BNC_Notices@jcap.com | May 18 2023 23:55:00 | Jefferson Capital Systems, LLC, PO Box 7999, St. Cloud MN 56302-9617 |
| 14753843 | | Email/PDF: resurgentbknotifications@resurgent.com | May 19 2023 00:06:11 | LVNV Funding LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14763393 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 19 2023 00:06:27 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14748388 | | Email/PDF: resurgentbknotifications@resurgent.com | May 19 2023 00:05:26 | Pagaya Funding Trust, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14761632 | | Email/Text: bnc-quantum@quantum3group.com | May 18 2023 23:54:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |

Case 22-13448-pmm    Doc 19    Filed 05/20/23    Entered 05/21/23 00:33:57    Desc Imaged
Certificate of Notice    Page 2 of 4

| District/off: 0313-4 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: May 18, 2023 | Form ID: 155 | Total Noticed: 30 |

| | | | | |
|---|---|---|---|---|
| 14749674 | | Email/Text: bnc-quantum@quantum3group.com | May 18 2023 23:54:00 | Quantum3 Group LLC as agent for, Genesis FS Card Services Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 14745605 | + | Email/Text: bankruptcyteam@quickenloans.com | May 18 2023 23:55:00 | Rocket Mortgage, 1050 Woodward Ave, Detroit, MI 48226-3573 |
| 14750789 | + | Email/Text: bankruptcyteam@quickenloans.com | May 18 2023 23:55:00 | Rocket Mortgage, LLC f/k/a Quicken Loans, at. el, 635 Woodward Avenue, Detroit MI 48226-3408 |
| 14745607 | + | Email/PDF: SoFiBKNotifications@resurgent.com | May 19 2023 00:04:32 | SOFI, 2750 E Cottonwood Pkwy, Salt Lake City, UT 84121-7285 |
| 14745608 | + | Email/PDF: gecsedi@recoverycorp.com | May 19 2023 00:06:52 | SYNCB/Amazon, PO Box 965015, Orlando, FL 32896-5015 |
| 14745609 | + | Email/PDF: gecsedi@recoverycorp.com | May 19 2023 00:05:33 | SYNCB/PPC, PO Box 530975, Orlando, FL 32896-0001 |
| 14763469 | + | Email/PDF: ebn_ais@aisinfo.com | May 19 2023 00:04:23 | Synchrony Bank, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14745986 | + | Email/PDF: gecsedi@recoverycorp.com | May 19 2023 00:04:23 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14745610 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | May 18 2023 23:54:00 | TBOM/Aspire MC, 5 Concourse Parkway - Ste 400, Atlanta, GA 30328-9114 |
| 14762839 | + | Email/Text: bncmail@w-legal.com | May 18 2023 23:54:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14745611 | + | Email/Text: bncmail@w-legal.com | May 18 2023 23:54:00 | TD Bank/Target Credit, PO Box 673, Minneapolis, MN 55440-0673 |

TOTAL: 26

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 20, 2023        Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 18, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| CHARLES LAPUTKA | on behalf of Debtor Tyhesha Marie Slater-Evans claputka@laputkalaw.com jen@laputkalaw.com;jbolles@laputkalaw.com |

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 3 of 3 |
| Date Rcvd: May 18, 2023 | Form ID: 155 | Total Noticed: 30 |

MICHAEL PATRICK FARRINGTON
    on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC mfarrington@kmllawgroup.com

SCOTT F. WATERMAN [Chapter 13]
    ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 4

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Tyhesha Marie Slater−Evans
        Debtor(s)                                      Chapter: 13

                                               Bankruptcy No: 22−13448−pmm

_____

### *ORDER CONFIRMING PLAN UNDER CHAPTER 13*

    AND NOW, this May 18, 2023 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                                                             Patricia M. Mayer
                                                             Judge ,
                                                             United States Bankruptcy Court

                                                                            18
                                                                      Form 155