| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2022 to 08/01/2023
**Chapter 13 Case No. 22-13448-PMM**

Tyhesha Marie Slater-Evans
1139 Blair Road
Bethlehem  PA    18017

Petition Filed Date: 12/29/2022
341 Hearing Date: 02/07/2023
Confirmation Date: 05/18/2023

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/24/2023 | $1,932.00 | | 02/28/2023 | $1,932.00 | | 03/27/2023 | $1,932.00 | |
| 04/26/2023 | $1,932.00 | | 05/30/2023 | $1,436.00 | | 06/27/2023 | $1,436.00 | |
| 07/24/2023 | $1,436.00 | | | | | | | |

**Total Receipts for the Period: $12,036.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $12,036.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | CHARLES LAPUTKA ESQ | Attorney Fees | $3,938.00 | $3,938.00 | $0.00 |
| 1 | DISCOVER BANK »» 001 | Unsecured Creditors | $1,820.50 | $139.30 | $1,681.20 |
| 2 | DISCOVER BANK »» 002 | Unsecured Creditors | $6,566.03 | $502.40 | $6,063.63 |
| 3 | PAGAYA FUNDING TRUST »» 003 | Unsecured Creditors | $32,359.02 | $2,475.94 | $29,883.08 |
| 4 | QUANTUM3 GROUP LLC AS AGENT FOR »» 004 | Unsecured Creditors | $356.79 | $21.11 | $335.68 |
| 5 | ROCKET MORTGAGE LLC »» 005 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 6 | LVNV FUNDING LLC »» 006 | Unsecured Creditors | $639.67 | $37.85 | $601.82 |
| 7 | CAPITAL ONE BANK (USA) NA »» 007 | Unsecured Creditors | $5,531.27 | $423.23 | $5,108.04 |
| 8 | CAPITAL ONE BANK (USA) NA »» 008 | Unsecured Creditors | $2,098.54 | $160.57 | $1,937.97 |
| 9 | LVNV FUNDING LLC »» 009 | Unsecured Creditors | $2,686.24 | $205.54 | $2,480.70 |
| 10 | QUANTUM3 GROUP LLC AS AGENT FOR »» 010 | Unsecured Creditors | $10,331.61 | $790.52 | $9,541.09 |
| 11 | TD BANK USA NA »» 011 | Unsecured Creditors | $2,057.00 | $157.39 | $1,899.61 |
| 12 | PORTFOLIO RECOVERY ASSOCIATES »» 012 | Unsecured Creditors | $1,041.77 | $79.72 | $962.05 |
| 13 | SYNCHRONY BANK »» 013 | Unsecured Creditors | $693.44 | $41.03 | $652.41 |
| 14 | PORTFOLIO RECOVERY ASSOCIATES »» 014 | Unsecured Creditors | $4,249.23 | $325.13 | $3,924.10 |
| 15 | JEFFERSON CAPITAL SYSTEMS LLC »» 015 | Unsecured Creditors | $4,926.53 | $376.95 | $4,549.58 |

Chapter 13 Case No. 22-13448-PMM

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/1/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $12,036.00 | Current Monthly Payment: | $1,436.00 |
| Paid to Claims: | $9,674.68 | Arrearages: | $0.00 |
| Paid to Trustee: | $1,025.27 | Total Plan Base: | $88,144.00 |
| Funds on Hand: | $1,336.05 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.