United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-13448-pmm |
| Tyhesha Marie Slater-Evans | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 3 |
| Date Rcvd: Apr 18, 2024 | Form ID: pdf900 | Total Noticed: 32 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 20, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Tyhesha Marie Slater-Evans, 1139 Blair Road, Bethlehem, PA 18017-3073 |
| 14746793 | + | Rocket Mortgage, LLC, C/O Michael Farrington, Esq., KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14745606 | + | Ronald Evans, 1139 Blair Rd, Bethlehem, PA 18017-3073 |
| 14745986 | + | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Apr 19 2024 00:09:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Apr 19 2024 00:10:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14745598 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 19 2024 00:12:46 | CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 14745596 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 19 2024 00:28:42 | Cap1/WMT, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 14745597 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 19 2024 00:12:27 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 14755117 | + | Email/PDF: ebn_ais@aisinfo.com | Apr 19 2024 00:28:42 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14745599 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 19 2024 00:28:43 | Citi Cards, PO Box 6241, Sioux Falls, SD 57117-6241 |
| 14745600 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 19 2024 00:09:00 | ComenityBank/Playstation, PO Box 182789, Columbus, OH 43218-2789 |
| 14745601 | + | Email/PDF: creditonebknotifications@resurgent.com | Apr 19 2024 00:12:55 | Credit One Bank, PO Box 98875, Las Vegas, NV 89193-8875 |
| 14745602 | + | Email/Text: mrdiscen@discover.com | Apr 19 2024 00:08:00 | Discover Bank, PO Box 30939, Salt Lake City, UT 84130-0939 |
| 14747103 | | Email/Text: mrdiscen@discover.com | Apr 19 2024 00:08:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14745603 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Apr 19 2024 00:10:00 | FED Destinys, PO Box 4499, Beaverton, OR 97076-4499 |
| 14763511 | | Email/Text: JCAP_BNC_Notices@jcap.com | Apr 19 2024 00:10:00 | Jefferson Capital Systems, LLC, PO Box 7999, St. Cloud MN 56302-9617 |
| 14753843 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 19 2024 00:12:30 | LVNV Funding LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14745604 | + | Email/Text: bankruptcy@bbandt.com | Apr 19 2024 00:09:00 | Lightstream, PO Box 849, Wilson, NC |

District/off: 0313-4 | User: admin | Page 2 of 3
Date Rcvd: Apr 18, 2024 | Form ID: pdf900 | Total Noticed: 32

| ID | Method | Date/Time | Recipient |
|---|---|---|---|
| | | | 27894-0849 |
| 14763393 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 19 2024 00:12:22 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14748388 | Email/PDF: resurgentbknotifications@resurgent.com | Apr 19 2024 00:29:02 | Pagaya Funding Trust, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14761632 | Email/Text: bnc-quantum@quantum3group.com | Apr 19 2024 00:09:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14749674 | Email/Text: bnc-quantum@quantum3group.com | Apr 19 2024 00:09:00 | Quantum3 Group LLC as agent for, Genesis FS Card Services Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 14745605 | + Email/Text: bankruptcyteam@quickenloans.com | Apr 19 2024 00:10:00 | Rocket Mortgage, 1050 Woodward Ave, Detroit, MI 48226-3573 |
| 14750789 | + Email/Text: bankruptcyteam@quickenloans.com | Apr 19 2024 00:10:00 | Rocket Mortgage, LLC f/k/a Quicken Loans, at. el, 635 Woodward Avenue, Detroit MI 48226-3408 |
| 14745607 | + Email/PDF: SoFiBKNotifications@resurgent.com | Apr 19 2024 00:12:16 | SOFI, 2750 E Cottonwood Pkwy, Salt Lake City, UT 84121-7285 |
| 14745608 | + Email/PDF: ais.sync.ebn@aisinfo.com | Apr 19 2024 00:29:10 | SYNCB/Amazon, PO Box 965015, Orlando, FL 32896-5015 |
| 14745609 | + Email/PDF: ais.sync.ebn@aisinfo.com | Apr 19 2024 00:28:37 | SYNCB/PPC, PO Box 530975, Orlando, FL 32896-0001 |
| 14763469 | + Email/PDF: ebn_ais@aisinfo.com | Apr 19 2024 00:12:55 | Synchrony Bank, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14745610 | + Email/Text: Atlanticus@ebn.phinsolutions.com | Apr 19 2024 00:08:00 | TBOM/Aspire MC, 5 Concourse Parkway - Ste 400, Atlanta, GA 30328-9114 |
| 14762839 | + Email/Text: bncmail@w-legal.com | Apr 19 2024 00:09:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14745611 | + Email/Text: bncmail@w-legal.com | Apr 19 2024 00:09:00 | TD Bank/Target Credit, PO Box 673, Minneapolis, MN 55440-0673 |

TOTAL: 28

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 20, 2024     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

| District/off: 0313-4 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Apr 18, 2024 | Form ID: pdf900 | Total Noticed: 32 |

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 18, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| CHARLES LAPUTKA | on behalf of Debtor Tyhesha Marie Slater-Evans claputka@laputkalaw.com jen@laputkalaw.com;jbolles@laputkalaw.com;laputka.charlesb@notify.bestcase.com |
| MICHAEL PATRICK FARRINGTON | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC mfarrington@kmllawgroup.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 4

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| In Re: | Chapter 13 |
|---|---|
| Tyhesha Marie Slater-Evans | Bankruptcy No. 22-13448-PMM |
| Debtor | |

### ORDER DISMISSING CHAPTER 13 CASE

AND NOW, after notice and hearing, it is ORDERED that the case is DISMISSED.

IT IS FURTHER ORDERED that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor's plan shall be refunded to the Debtor unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

IT IS FURTHER ORDERED that any wage order entered in this case is hereby TERMINATED and the employer shall cease wage withholding immediately.

**Date: April 18, 2024**

_____
PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE